ERK'S OFFICE OF THE
)URT OF THE UNITED STATES
HERN DISTRICT OF OHIO
EST SECOND ST., RM. 712
)AYTON, OHIO 45402

OFFICIAL BUSINESS
'Y FOR PRIVATE USE, $300

COLUMBUS
OH 430
08 AUG '17
PM 7 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 45402    $ 000.46
02 4W
0000343827 AUG 08 2017

AN*

CONTROLLED SUBSTANCE

UNITED STATES OF AMERICA
V.
JASMINE J WILLIAMS
2239 VINE ST
CINCINNATI, OH 45219

DATE/TIME OF
CO    NIXIE        430   7E  1         0008/13/17

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 45402147287    *1746-07770-98-42

45402>1472
45219-18273

1:17-PO-053